In re:                                                                          Case No. 24-06532-DPC

ROBERT GRIEGO                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                        User: admin                         Page 1 of 3

Date Rcvd: Dec 17, 2024                     Form ID: 318                         Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | ROBERT GRIEGO, 27271 N 171ST DR, SURPRISE, AZ 85387-3403 |
| cr | + | LoanDepot.com, LLC, c/o McCARTHY & HOLTHUS, LLP, 8502 E. Via De Ventura, Suite 200, Scottsdale, AZ 85258-3240 |
| 17465405 | + | Izzabella Greigo, 27271 N 171st Dr, Surprise AZ 85387-3403 |
| 17465412 | + | Oaks RV Storage, Springerville AZ 85938 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBJMULLEN.COM | Dec 18 2024 03:37:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| smg | | EDI: AZDEPREV.COM | Dec 18 2024 03:37:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17465393 | + | EDI: AAFES | Dec 18 2024 03:37:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas TX 75265-0060 |
| 17465395 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 17 2024 22:58:00 | Cenlar, Attn: Bankruptcy, 425 Phillips Blvd, Newark NJ 08618 |
| 17465396 | + | EDI: CRFRSTNA.COM | Dec 18 2024 03:37:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland OH 44181-0315 |
| 17465399 | | Email/Text: bankruptcy@collegeave.com | Dec 17 2024 22:58:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington DE 19801 |
| 17465394 | + | EDI: CAPITALONE.COM | Dec 18 2024 03:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17465397 | + | EDI: CITICORP | Dec 18 2024 03:37:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17465398 | + | EDI: CITICORP | Dec 18 2024 03:37:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17465400 | + | EDI: WFNNB.COM | Dec 18 2024 03:37:00 | Comenity Capital/goodsa, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17465401 | + | Email/Text: cuwestbk@cuwest.org | Dec 17 2024 22:59:00 | Credit Union West, Attn: Bankruptcy, Po Box 7600, Glendale AZ 85312-7600 |
| 17465402 | + | Email/Text: CreditAssistanceBK@desertfinancial.com | Dec 17 2024 22:59:00 | Desert Financial CU, Attn: Bankruptcy Department, Po Box 2945, Phoenix AZ 85062-2945 |
| 17465403 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 17 2024 22:59:00 | First Electronic Bank, Attn: Bankruptcy, 2150 S 1300 E, Ste 400, Salt Lake City UT 84106-4336 |
| 17465406 | | EDI: JPMORGANCHASE | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 18 2024 03:37:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe LA 71203 |
| 17465407 | + | Email/Text: bknotification@loandepot.com | Dec 17 2024 22:59:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch CA 92610-2808 |
| 17465409 | | Email/Text: camanagement@mtb.com | Dec 17 2024 22:59:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 17475196 | | Email/Text: bknotice@mccarthyholthus.com | Dec 17 2024 22:58:00 | McCarthy & Holthus LLP, 2763 Camino Del Rio S, Suite 100, San Diego, CA 92108-2607 |
| 17465410 | + | EDI: NFCU.COM | Dec 18 2024 03:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield VA 22119-3000 |
| 17465411 | + | EDI: NFCU.COM | Dec 18 2024 03:37:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield VA 22119-3000 |
| 17465413 | + | Email/Text: bkrgeneric@penfed.org | Dec 17 2024 22:58:00 | PenFed CU, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 17465414 | ^ | MEBN | Dec 17 2024 22:46:32 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield MO 63006-1022 |
| 17465416 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465415 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465417 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465418 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465419 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465420 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465421 | + | EDI: SYNC | Dec 18 2024 03:37:00 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17465422 | + | EDI: USAA.COM | Dec 18 2024 03:37:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio TX 78288-0002 |
| 17465423 | + | EDI: CAPITALONE.COM | Dec 18 2024 03:37:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17465424 | + | EDI: WFFC2 | Dec 18 2024 03:37:00 | Wf Bank Na, Attn: Bankruptcy, Po Box 14517, Des Moines IA 50306-3517 |
| 17475197 | + | Email/Text: bknotification@loandepot.com | Dec 17 2024 22:58:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17465404 | | Home Depost |
| 17465408 | | Lowes |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| KRISTIN E MCDONALD | on behalf of Creditor LoanDepot.com LLC bknotice@mccarthyholthus.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor ROBERT GRIEGO documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 ROBERT GRIEGO | | Social Security number or ITIN  xxx–xx–7038 |
| First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Arizona | | |
| Case number:  2:24–bk–06532–DPC | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ROBERT GRIEGO

12/17/24

**By the court:** Daniel P. Collins
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**